118 P.3d 677

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Kamaka v. Goodsill, Anderson, Quinn & Stifel ........ | 24577 | 08/31/2005 | Vacated & remanded |